*John C. Davies, R. S. Johnson* and *Charles R. Coville* for appellant.

*William Kernan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.    Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. G. HYDE & SONS, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Hyde & Sons* v. *Miller*, 90 App. Div. 599, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1904, which confirmed a determination of the defendant imposing a tax upon the relator.

*James J. Allen* for appellant.

*John Cunneen, Attorney-General ( William H. Wood* on the brief), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ.    Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES GANNON, Appellant, *v.* FRANCIS V. GREENE, Commissioner of Police of the Police Department of the City of New York, Respondent.

*People ex rel. Gannon* v. *Greene*, 91 App. Div. 612, affirmed.
(Argued October 3, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the position of captain in the police department of the city of New York.